# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                        §        Case No. 12-13760-DRC
                                              §
CANDICE A. YOUNG                              §
                                              §
                                              §
                  Debtor                      §

## TRUSTEE'S FINAL REPORT

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>04/04/2012</u>.  The undersigned trustee was appointed on <u>04/04/2012</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.      The trustee realized gross receipts of                          $21,583.34

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $1,047.50 |
| Bank service fees | $80.25 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $2,400.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $18,055.59 |

        The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was <u>12/06/2012</u> and the deadline for filing government claims was <u>12/06/2012</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$2,475.29</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$2,475.29</u>, for a total compensation of <u>$2,475.29</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00</u>, for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>01/17/2013</u>                    By:   <u>/s/ David E. Grochocinski</u>
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1

| Case No.: | 12-13760-DRC |
| Case Name: | YOUNG, CANDICE A. |
| For the Period Ending: | 1/17/2013 |

| Trustee Name: | David E. Grochocinski |
| Date Filed (f) or Converted (c): | 04/04/2012 (f) |
| §341(a) Meeting Date: | 07/03/2012 |
| Claims Bar Date: | 12/06/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 22W431 Ahlstrand Rd Glen Ellyn IL 60137 | $899,000.00 | $0.00 | | $0.00 | FA |
| 2 | 1524 Azalea Circle Romeoville IL 60446 | $69,000.00 | $0.00 | | $0.00 | FA |
| 3 | Cash on hand | $20.00 | $0.00 | | $0.00 | FA |
| 4 | American Chartered Bank Glen Ellyn, IL | $29.30 | $0.00 | | $0.00 | FA |
| 5 | First Financial Bank | $35.14 | $0.00 | | $0.00 | FA |
| 6 | Rent deposit | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 7 | 3 TV's 2 DVD/Video Players 1 laptop computer, fax/printer kitchen table with 4 chairs 2 queen bed sets-2 end tables-dresser 1 Dining room set-6 chairs/table 2 Couches-1 love seat/1 sectional 4 Chairs-sitting chairs Armoire plus office desk 5 Lamps 7 Table lamps-35 years old China 3 Wall mirrors | $1,500.00 | $1,000.00 | | $0.00 | FA |
| 8 | Movies CDs Camera-Canon-6 yrs old Vladro-1 piece | $150.00 | $0.00 | | $0.00 | FA |
| 9 | Clothing-Fall/Summer Dresses Shoes, coats, jackets | $250.00 | $0.00 | | $0.00 | FA |
| 10 | Fur coat, misc. jewelry | $3,000.00 | $0.00 | | $0.00 | FA |
| 11 | Dirk Shilling Shilling Associates CRD-Tax Refund 1845 Cherry St Wheaton, IL 60167 | $216.00 | $216.00 | | $0.00 | FA |
| 12 | 2007 Lincoln Navigator | $20,000.00 | $17,600.00 | | $9,250.00 | FA |
| 13 | Dog | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Christmas Decorations Fall Decorations | $100.00 | $100.00 | | $0.00 | FA |
| 15 | Extention Ladder Washer/Dryer Kitchen Dishes POSSIBLE PREFERENCES (u) | $12,500.00 | $15,000.00 | | $12,333.34 | |

TOTALS (Excluding unknown value)   $1,007,300.44   $35,416.00   $21,583.34   $12,333.34

Gross Value of Remaining Assets   $2,666.66

$2,666.66

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

Page No:   2

| Case No.: | 12-13760-DRC |
| Case Name: | YOUNG, CANDICE A. |
| For the Period Ending: | 1/17/2013 |

| Trustee Name: | David E. Grochocinski |
| Date Filed (f) or Converted (c): | 04/04/2012 (f) |
| §341(a) Meeting Date: | 07/03/2012 |
| Claims Bar Date: | 12/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

Lincoln Navigator to sell and avoidance actions as to insiders

DEMAND MADE REGARDING PREFERENCES; RECEIPT OF SAME PENDING

SOLD LINCOLN NAVIGATOR AT AUCTION

Initial Projected Date Of Final Report (TFR):

Current Projected Date Of Final Report (TFR):      12/30/2014

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

Exhibit B

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 12-13760-DRC |
|---|---|
| Case Name: | YOUNG, CANDICE A |
| Primary Taxpayer ID #: | ******9073 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 4/4/2012 |
| For Period Ending: | 1/17/2013 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Bank Name: | Green Bank |
| Checking Acct #: | ******6001 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to / Received From | 4 Description of Transaction | 5 Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| 10/09/2012 | (15) | SANDRA POWELL | TURNOVER OF PREFERENCE DEMAND | 1241-000 | $8,166.67 | | $8,166.67 |
| 10/12/2012 | (15) | JOHN MILEWSKI | TURNOVER OF PREFERENCE DEMAND | 1241-000 | $4,166.67 | | $12,333.34 |
| 10/22/2012 | (12) | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF 2007 LINCOLN NAVIGATOR | 1129-000 | $9,250.00 | | $21,583.34 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $17.37 | $21,565.97 |
| 11/06/2012 | 3001 | CANDICE YOUNG | DEBTOR'S EXEMPTION IN LINCOLN NAVIGATOR | 8100-002 | | $2,400.00 | $19,165.97 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $35.04 | $19,130.93 |
| 12/04/2012 | 3002 | AMERICAN AUCTION ASSOCIATES, INC. | EXPENSES TO AUCTIONEER | 3620-000 | | $1,047.50 | $18,083.43 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.84 | $18,055.59 |

|  |  |  |
|---|---|---|
| TOTALS: | $21,583.34 | $3,527.75 |
| Less: Bank transfers/CDs | $0.00 | $0.00 |
| Subtotal | $21,583.34 | $3,527.75 |
| Less: Payments to debtors | $0.00 | $2,400.00 |
| Net | $21,583.34 | $1,127.75 |

**For the period of 4/4/2012 to 1/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,583.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,583.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,127.75 |
| Total Non-Compensable Disbursements: | $2,400.00 |
| Total Comp/Non Comp Disbursements: | $3,527.75 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/09/2012 to 1/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,583.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,583.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,127.75 |
| Total Non-Compensable Disbursements: | $2,400.00 |
| Total Comp/Non Comp Disbursements: | $3,527.75 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit B

Page No: 2

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-13760-DRC |
|---|---|
| Case Name: | YOUNG, CANDICE A. |
| Primary Taxpayer ID #: | *******9073 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 4/4/2012 |
| For Period Ending: | 1/17/2013 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Bank Name: | Green Bank |
| Checking Acct #: | ******6001 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

### TOTAL - ALL ACCOUNTS

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $21,583.34 | $3,527.75 | $18,055.59 |

**For the period of 4/4/2012 to 1/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,583.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,583.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,127.75 |
| Total Non-Compensable Disbursements: | $2,400.00 |
| Total Comp/Non Comp Disbursements: | $3,527.75 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/04/2012 to 1/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,583.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,583.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,127.75 |
| Total Non-Compensable Disbursements: | $2,400.00 |
| Total Comp/Non Comp Disbursements: | $3,527.75 |
| Total Internal/Transfer Disbursements: | $0.00 |

David E.Grochocinski
 Ariane Holtschlag
Kathleen M. McGuire
Innovalaw, PC
1900 Ravinia Place
Orland Park, IL  60462
708-675-1975
Attorneys for Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| In re: | )  Case No.: 12-13760 |
| | ) |
| Candice Young | )  Report of Sale |
| Debtor. | )  Judge Donald Cassling |
| | ) |

Now comes David E. Grochocinski, chapter 7 trustee for the estate of Candice Young and reports on the  results of the sale of a certain vehicle and states as follows:

    1) The undersigned is the chapter 7 trustee.

    2) On September 14, 2012, the court entered an order authorizing the trustee to sell at auction certain 2007 Lincoln Navigator of the debtor and allowed the trustee to retain American Auction Associates and Donald Dodge as auctioneer.

    3) On October 13, 2012 the auctioneer conducted a public sale and obtained from the sale the gross sum of $9,250.00.

    4) A copy of the Auction proceeds and report of the auctioneer is attached hereto and made a part hereof.

Wherefore David E. Grochocinski submits this report of sale.

                       /s/ David E. Grochocinski, trustee____

# *American Auction Associates, Inc.*



8515 South Thomas Avenue
Bridgeview, Illinois 60455
Phone (312) 666-7777
Fax (708) 599-6666
Pager (312) 760-0870

October 18, 2012

Innovalaw, PC
1900 Ravinia Place
Orland Park, Illinois 60462

Attention:    David E. Grochocinski, Trustee

Re:    Auction Summary
       Candice Young – Case No. 12B13760
       2007 Lincoln Navigator

|  |  | Gross Auction Proceeds: | $9,250.00 |
|---|---|---|---|

Expenses:

| Date | Description | | |
|---|---|---|---|
| 08/11/12 | Tow Vehicle From Carmel, Indiana to Bridgeview, IL | $ 646.75 | |
| 09/19/12 | Share of Web Page Advertisement - 18.4% of $175.00 | 32.20 | |
| 10/05/12 | Share of (150) Direct Mail Brochures - 18.4.% of $125.00 | 23.00 | |
| 10/07/12 | Share of Chicago Tribune Auction Mart 2-Column x 2" Ad 18.4% of $518.00 | 95.31 | |
| 10/11/12 | Share of (2) Personnel to Prepare Items for Auction 18.4% of $340.00 | 62.56 | |
| 10/12/12 | Share of (2) Personnel to Control Public Viewing 18.4% of $340.00 | 62.56 | |
| 10/13/12 | Share of (2) Personnel Control Auction & Removal 18.4% of $340.00 | 62.56 | |
| 10/14/12 | Share of Registration/Collection Clerk - 18.4% of $170.00 | 31.28 | |
| 10/14/12 | Share of Auction Bookkeeper - 18.4% of $170.00 | 31.28 | |

|  | Total Expenses: |  | 1,047.50 |
|---|---|---|---|
|  | Net Auction Proceeds: |  | $8,202.50 |

AUCTIONEERS  •  LIQUIDATORS  •  CONSULTANTS  •  APPRAISERS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  12-13760 |
| Candice Young | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

## ORDER APPROVING AUCTIONEER EXPENSES

AT WHEATON IL BEFORE THE HONORABLE DONALD CASSLING, THIS 30TH DAY OF
NOVEMBER, 2012

   This matter coming before the court on the application of the trustee to approve expenses of the
auctioneer regarding the auction sale conducted on October 13, 2012, due notice having been given and
the court being otherwise advised in the premises:

   IT IS HEREBY ORDERED:
1) The application of the trustee is granted.

   2) American Auction Associates, Inc. is allowed the sum of $1,047.50 as and for a reimbursement of
expenses related to the auction sale of October 13, 2012. The fees of 10% as buyers premium is
authorized to be retained by the auctioneer as commissions.

3) The trustee is authorized to pay such sum as an administrative expense when such funds are available
to do so.

                                          Enter:  *Donald R. Cassling*

                                                  Honorable Donald R. Cassling
Dated:  November 30, 2012                         United States Bankruptcy Judge

**Prepared by:**

Ariane Holtschlag
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park IL  60462
Phone: (708) 675-1975, Ext. 2003
Fax: (708) 675-1786
Email: lawyers@innovalaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        BK No.:   12-13760
Candice A. Young                          )
                                          )
                                          )        Chapter: 7
                                          )        Honorable Donald R. Cassling
                                          )
                     Debtor(s)            )        DuPage
                                          )

## ORDER AUTHORIZING TRUSTEE TO EMPLOY APPRAISER/AUCTIONEER

THIS CAUSE coming on to be heard on the application of David E. Grochocinski, Trustee, to employ appraiser/auctioneer, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that the Trustee is authorized to employ Donald Dodge and American Auction Associates, Inc., as his appraisers and auctioneers, to secure, inspect, appraise, and sell assets of the estate, with compensation at the rate of 10% as a buyers charge and with expenses to be determined by the Court upon further application. The trustee and the auctioneer shall determine the time and date of sale with notice to be provided to creditors by the trustee and to others via publication of the sale date.

Enter:    _Donald R. Cassling_

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  September 14, 2012

**Prepared by:**

Ariane Holtschlag
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park IL  60462
Phone: (708) 675-1975, Ext. 2003
Fax:  (708) 675-1786
Email: lawyers@innovalaw.com

Exhibit C

Page No: 1

**CLAIM ANALYSIS REPORT**

Case No.: 12-13760-DRC
Case Name: YOUNG, CANDICE A.
Claims Bar Date: 12/06/2012

Trustee Name: David E. Grochocinski
Date: 1/17/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 01/17/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,475.29 | $2,475.29 | $0.00 | $0.00 | $0.00 | $2,475.29 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 01/16/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $36.29 | $36.80 | $36.80 | $0.00 | $0.00 | $0.00 | $36.80 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 01/16/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,732.50 | $1,732.50 | $1,732.50 | $0.00 | $0.00 | $0.00 | $1,732.50 |
| 1 | VILLAGE OF GLEN ELLYN 535 Duane Street Glen Ellyn IL 60137 | 12/19/2012 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $11,780.00 | $11,780.00 | $0.00 | $19.64 | $0.00 | $11,780.00 |
| 2 | VISA UNITED PLUS PO Box 94014 Palatine IL 60094 | 12/19/2012 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $80.74 | $80.74 | $0.00 | $0.13 | $0.00 | $80.74 |
| | YOUNG, CANDICE A. 12944 DOUBLE EAGLE DRIVE CARMEL IN 46033 | 01/17/2013 | Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part) | Allowed | 8200-002 | $0.00 | $1,930.49 | $1,930.49 | $0.00 | $0.00 | $0.00 | $1,930.49 |
| | | | | | | | $18,035.82 | $18,035.82 | $0.00 | $19.77 | $0.00 | $18,035.82 |
| | | | | | | | $18,035.82 | $18,035.82 | $0.00 | $19.77 | $0.00 | $18,035.82 |

Claim Notes:   Debtor Surplus

CLAIM ANALYSIS REPORT

Page No: 2                    Exhibit C

| Case No. | 12-13760-DRC |
| Case Name: | YOUNG, CANDICE A. |
| Claims Bar Date: | 12/06/2012 |

Trustee Name:    David E. Grochocinski
Date:            1/17/2013

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $36.80 | $36.80 | $0.00 | $0.00 | $0.00 | $36.80 |
| Attorney for Trustee Fees (Trustee Firm) | $1,732.50 | $1,732.50 | $0.00 | $0.00 | $0.00 | $1,732.50 |
| Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & 1td part) | $1,930.49 | $1,930.49 | $0.00 | $0.00 | $0.00 | $1,930.49 |
| Tardy General Unsecured § 726(a)(3) | $11,860.74 | $11,860.74 | $0.00 | $19.77 | $0.00 | $11,860.74 |
| Trustee Compensation | $2,475.29 | $2,475.29 | $0.00 | $0.00 | $0.00 | $2,475.29 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:        12-13760-DRC
Case Name:       CANDICE A. YOUNG
Trustee Name:    David E. Grochocinski

Balance on hand: _____ $18,055.59

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: _____ $0.00
Remaining balance: _____ $18,055.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $2,475.29 | $0.00 | $2,475.29 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,732.50 | $0.00 | $1,732.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $36.80 | $0.00 | $36.80 |

Total to be paid for chapter 7 administrative expenses: _____ $4,244.59
Remaining balance: _____ $13,811.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: _____ $0.00
Remaining balance: _____ $13,811.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: _____ $0.00
Remaining balance: _____ $13,811.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $13,811.00 |

Tardily filed claims of general (unsecured) creditors totaling $11,860.74 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Village of Glen Ellyn | $11,780.00 | $0.00 | $11,780.00 |
| 2 | Visa United Plus | $80.74 | $0.00 | $80.74 |

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $11,860.74 |
| Remaining balance: | $1,950.26 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $1,950.26 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.18 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $19.77. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $1,930.49.

Form NTCFTFC7

# United States Bankruptcy Court

### Northern District of Illinois

#### Eastern Division
#### 219 S Dearborn
#### 7th Floor
#### Chicago, IL 60604

In Re:

Candice A. Young
12944 Double Eagle Drive
Carmel, IN 46033
SSN: xxx−xx−2854 EIN: N.A.

Case No. :   12−13760
Chapter :   7
Judge :    Donald R Cassling

Debtor's Attorney:
Joseph E Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602

312 368−0300

Trustee:
David E Grochocinski
InnovaLaw, PC
1900 Ravinia Place
Orland Park, IL 60462

708−675−1975

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *April 4, 2012* .

1. *December 6, 2012* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *December 6, 2012* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: September 5, 2012

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-13760-DRC
Candice A. Young                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: pgordon          Page 1 of 2          Date Rcvd: Sep 05, 2012
                             Form ID: ntcftfc7       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2012.
db          #+Candice A. Young,    12944 Double Eagle Drive,   Carmel, IN 46033-8998
aty          +Innovalaw PC,    1900 Ravinia Place,   Orland Park, IL 60462-3760
18733125     +Bank of America,    c/o Huck Bouma,    1755 S Naperville Rd, Ste 200,    Wheaton, IL 60189-5844
18733126      Bank of America Home Loans,    PO Box 650070,   Dallas, TX 75265-0070
18733127    #+Ehrenberg & Egan LLC,    330 N Wabash Ave #2905,   Chicago, IL 60611-7606
18733128      Harris,    PO Box 6201,   Carol Stream, IL 60197-6201
18733129      Harris Bank, NA,    P.O. Box 6201,   Carol Stream, IL 60197-6201
18733131      Mastercard,    Carmel, IN
18733132     +Village of Glen Ellyn,    535 Duane Street,   Glen Ellyn, IL 60137-4675
18733133     +Visa United Plus,    PO Box 94014,   Palatine, IL 60094-4014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18733130      Huck Bouma Attorneys,   IL
                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2012                          Signature:      Joseph Speetjens

District/off: 0752-1          User: pgordon          Page 2 of 2          Date Rcvd: Sep 05, 2012
                             Form ID: ntcftfc7       Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2012 at the address(es) listed below:
          Adham  Alaily    on behalf of Creditor  BMO Harris Bank N.A. f/k/a Harris N.A.
           aalaily@ehrenbergeganlaw.com
          Ariane  Holtschlag    on behalf of Trustee David Grochocinski lawyers@innovalaw.com
          David E Grochocinski    on behalf of Trustee David Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          Joseph E Cohen    on behalf of Debtor Candice Young jcohen@cohenandkrol.com,
           jcohenattorney@aol.com;jhazdra@cohenandkrol.com
          Kathleen M. McGuire    on behalf of Trustee David Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                  TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )      Chapter 7 Case
CANDICE A. YOUNG                          )
                                          )      Case No. 12 B 13760
                                          )
                                          )      Hon. Donald R. Cassling
                         Debtor           )      Bankruptcy Judge

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

NOW COMES DAVID E. GROCHOCINSKI, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,475.29 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $17,252.85.   Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---:|---|
| 25% of first 5,000 | $1,250.00 | ($1250.00 max.) |
| 10% of next 45,000 | $1,225.29 | ($4500.00 max.) |
| 5% of next 950,000 | $0.00 | ($47,500.00 max.) |
| 3% of balance | $0.00 | |

| | |
|---|---:|
| TOTAL COMPENSATION ALLOWED | $2,475.29 |
| TOTAL COMPENSATION REQUESTED | $2,475.29 |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                              $0.00

    The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.   No payments have previously been made or promised in any capacity in connection with the above case.

Dated:    01/17/2013            /s/David E. Grochocinski
                               David E. Grochocinski, Trustee
                               1900 Ravinia Place
                               Orland Park, IL 60462

# InnovaLaw, PC - Client Summary

Starting : 01/01/2012 | Ending : 01/15/2013 | Client : DEG/TEE | Case : 12B 13760-Candice A. Young | User : All Users | Account Manager : All | Client Type : All | Case Type : All Case Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Case | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|------|------|-------------|------------------|----------------------|---------------------------|----------------------|
| **DEG/TEE** | | | | | | |
| **David Grochocinski** | | | | | | |
| 05/01/2012 | Candice A. Young | Receipt & review of motion to modify stay re: Glen Ellyn property. Review Zillow search- Review Docs from meeting | $425.00 hr | 0.40 | 0.40 | $170.00 |
| 06/25/2012 | Candice A. Young | Review schedules & SOFA in advance of 341 meeting | $425.00 hr | 0.30 | 0.30 | $127.50 |
| 07/03/2012 | Candice A. Young | Conduct 341 meeting & cont. to 7/31/12 | $425.00 hr | 0.30 | 0.30 | $127.50 |
| 07/31/2012 | Candice A. Young | Received docs, continued 341 meeting and case to get preference info (8/21) | $425.00 hr | 0.30 | 0.30 | $127.50 |
| 08/20/2012 | Candice A. Young | Telephone conversation w/ Don Dodge to get auto and sell | $425.00 hr | 0.50 | 0.50 | $212.50 |
| 09/09/2012 | Candice A. Young | Filed asset notice w/ clerk | $425.00 hr | 0.20 | 0.20 | $85.00 |
| 10/22/2012 | Candice A. Young | Review motion to modify stay as to Azalea Circle Property in Romeoville | $425.00 hr | 0.40 | 0.40 | $170.00 |
| 11/01/2012 | Candice A. Young | Review costs from auction re: sale of Lincoln Navigator | $425.00 hr | 0.60 | 0.60 | $255.00 |
| 11/06/2012 | Candice A. Young | Telephone conference with debtor's attorney re: case and location to send exemption | $425.00 hr | 0.20 | 0.20 | $85.00 |
| 11/06/2012 | Candice A. Young | Draft letter, check and mail to debtor's attorney; exemption on 2007 Navigator | $425.00 hr | 0.30 | 0.30 | $127.50 |
| 12/19/2012 | Candice A. Young | Review Claims | $425.00 hr | 0.20 | 0.20 | $85.00 |
| 12/20/2012 | Candice A. Young | Prepare and file claims for creditors | $425.00 hr | 0.80 | 0.80 | $340.00 |
| | | *Total Labor For David Grochocinski* | | **4.50** | **4.50** | **$1,912.50** |
| | | *Total Expense For David Grochocinski* | | | **$0.00** | **$0.00** |
| | | *Total For David Grochocinski* | | | | **$1,912.50** |
| | | *Total Labor For DEG/TEE* | | **4.50** | **4.50** | **$1,912.50** |
| | | *Total Expense For DEG/TEE* | | | **$0.00** | **$0.00** |
| | | *Total For DEG/TEE* | | | | **$1,912.50** |
| | | **Grand Total Labor** | | **4.50** | **4.50** | **$1,912.50** |
| | | **Grand Total Expenses** | | | **$0.00** | **$0.00** |
| | | **Grand Total** | | | | **$1,912.50** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF
DIVISION

IN RE:                                                    CHAPTER 7 CASE

CANDICE A. YOUNG                             CASE NO.  12-13760-DRC

                                                            JUDGE Donald R. Cassling

                    Debtor(s)

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:  InnovaLaw, P.C.

Authorized to Provide
Professional Services to:  David E. Grochocinski

Date of Order Authorizing Employment:  July 27,2012

Period for Which
Compensation is sought:  7/12/2012 – 1/01/2013

Amount of Fees sought:  $1,732.50

Amount of Expense
Reimbursement sought:  $36.80

This is an:                     Interim Application _____        Final Application  x

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | $ | $ |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses

incurred herein is:          $

Date:  January 17, 2013                    By: /s/David E. Grochocinski

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  NORTHERN DISTSRICT OF ILLINOIS
EASTERN  DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| CANDICE A. YOUNG | CASE NO. 12-13760-DRC |
| | JUDGE Donald R. Cassling |
| Debtor(s) | |

## APPLICATION OF TRUSTEE'S COUNSEL FOR COMPENSATION

To: The Honorable Donald R. Cassling , Bankruptcy Judge

InnovaLaw, P.C., counsel for the Trustee, pursuant to 11 U.S.C. Section 330 and Federal Rule of Bankruptcy Procedure 2016, submits this Application for compensation and reimbursement of expenses and represents to the Court as follows:

1.    An Order for Relief under Chapter 7 was entered on April 4, 2012.  This Court on 7/27/2012 authorized the employment of Applicant to serve as counsel for the Trustee.  Counsel has received $0.00 in previous awarded compensation and reimbursement of expenses.

2.    Applicant requests $ 1,732.50 in compensation for 8.4  hours of service performed for the period 7/12/2012  through 1/01/2013.  A description of the nature of the services rendered by the Applicant is as follows:  Applicant represented the Trustee in general administrative matters of the estate including general administrative matters, including preparation of motion to employ professionals, preparing and filing motions, correspondence and discussions regarding matters of preferences, auctions, and related matters.  In all Applicant represented the Trustee for approximately 8.4 hours in these areas.

3.    Attached as Exhibit "A" is an itemized statement of the legal services rendered.  The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

4.    The time expected and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| AH | 4.9 | $300 | 1,470.00 |
| GC | 3.5 | $75 | 262.50 |
| | | Total: | $1732.50 |

5.      Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

6.      At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of   $1,769.30 and reimbursement of actual and necessary expenses of  $36.80 for legal services rendered in this case.


Dated:   January 17, 2013                           RESPECTFULLY SUBMITTED,


                                        By: /s/David E. Grochocinski
                                            DAVID GROCHOCINSKI, TRUSTEE
                                            1900 RAVINIA PLACE
                                            ORLAND PARK, IL 60462
                                            Telephone Number:  (708)-675-1975


    :

InnovaLaw, PC
1900 Ravinia Place
Orland Park, IL 60462

Invoice submitted to:
Candice Young

December 27, 2012

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/12/2012 - | GC | Prepare motion to employ counsel.  File and serve motion | 1.20<br>75.00/hr | 90.00 |
| 7/16/2012 - | GC | Prepare motion to employ accountant.  File and serve motion. | 1.10<br>75.00/hr | 82.50 |
| 8/10/2012 - | AH | Sent letter requesting documentation of preference transfers to debtor's counsel | 0.30<br>300.00/hr | 90.00 |
| 8/16/2012 - | AH | Review file, no documents on preferences yet; will give it one more week | 0.10<br>300.00/hr | 30.00 |
| 8/21/2012 - | AH | Discuss with Trustee current status, no documents in response to demand; need to extend 727 and do 2004 | 0.30<br>300.00/hr | 90.00 |
| 8/22/2012 - | AH | Draft motion for 2004 exam | 1.00<br>300.00/hr | 300.00 |
| - | AH | Draft motion to extend 727 | 1.00<br>300.00/hr | 300.00 |
| 8/24/2012 - | GC | Prepared and filed motion to employ auctioneer | 1.20<br>75.00/hr | 90.00 |
| 9/5/2012 - | AH | Received and reviewed copies of canceled checks documenting insider transfers from debtor's counsel | 0.20<br>300.00/hr | 60.00 |

Candice Young                                                                              Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/17/2012 - | AH | Telephone call to Don Dodge regarding employment order and status of title and vehicle; left message | 0.10 300.00/hr | 30.00 |
| - | AH | Facsimile order and cover letter to Don dodge | 0.10 300.00/hr | 30.00 |
| - | AH | Draft preference demand letter to Sandra Powell | 0.50 300.00/hr | 150.00 |
| - | AH | Draft preference demand letter to John Milewski | 0.50 300.00/hr | 150.00 |
| 10/9/2012 - | AH | Received preference return check from Powel; reviewed file | 0.30 300.00/hr | 90.00 |
| 10/15/2012 - | AH | Received check from John Milewski in response to Trustee's demand letter | 0.20 300.00/hr | 60.00 |
| - | AH | Email to Don Doge regarding estimate on sale of Navigator | 0.10 300.00/hr | 30.00 |
| - | AH | Email from Dodge; car and pontoon boat were sold on Saturday | 0.10 300.00/hr | 30.00 |
| 1/1/2013 - | AH | Response to Doge requesting sale documents for approval to be filed with court | 0.10 300.00/hr | 30.00 |
|  |  | For professional services rendered | 8.40 | $1,732.50 |
|  |  | For professional services rendered | 8.40 | $1,732.50 |



**innova law** PC
1900 Ravinia Place, Orland Park, IL 60462

CASE: 12-13760

Young, Candice A.

## Costs:

| Date | Description | Detail | Amount |
|---|---|---|---|
| 7/12/12 | Employ Attorneys | Copies  8 x .10 | $ .80 |
| | | Postage | .65 |
| 7/16/12 | Employ Accountants | Copies  12 x .10 | $1.20 |
| | | Postage   (2x .65) | 1.30 |
| 8/22/12 | Extend 727 | | |
| | Motion for Rule 2004 exam | Copies   8 x .10 | .80 |
| | | Postage | .65 |
| 8/24/12 | Employ Auctioneer | Copies  10 x .10 | 1.00 |
| | | Postage    (2x.65) | 1.30 |
| 9/18/12 | Certified Mail | Postage  (5.95 x 2) | 11.90 |
| | | (.65 x 3) | 1.95 |
| 11/1/12 | Report of sale | Copies   4 x .10 | .40 |
| 11/1/12 | Pay Auctioneer | Copies  77 x .10 | 7.70 |
| | | Postage  (11 x .65) | 7.15 |

TOTAL                                                    $36.80

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-13760 |
| Candice Young | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

## ORDER AUTHORIZING TRUSTEE TO RETAIN ATTORNEYS

THIS CAUSE coming on to be heard on the application of David E. Grochocinski, Trustee, to employ attorneys, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that the Trustee is authorized to employ David E. Grochocinski, Kathleen McGuire, Ariane Holtschlag, and InnovaLaw, P. C., as his attorneys in this case, effective July 10, 2012, with compensation for said attorneys to be determined by the Court upon further application.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  July 27, 2012

**Prepared by:**

David E. Grochocinski
InnovaLaw, P.C.
1900 Ravinia Place
Orland Park IL  60462
p. 708-675-1975, Ext. 2001
f. 708-675-1786
e. lawyers@innovalaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-13760-DRC |
| | § | |
| CANDICE A. YOUNG | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on   /  /    , in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   01/17/2013          By:   /s/ David E. Grochocinski
                                          (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-13760-DRC |
| | § | |
| CANDICE A. YOUNG | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $21,583.34
*and approved disbursements of*                         $3,527.75
*leaving a balance on hand of[1]:*                      $18,055.59

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:        $0.00
Remaining balance:        $18,055.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $2,475.29 | $0.00 | $2,475.29 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,732.50 | $0.00 | $1,732.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $36.80 | $0.00 | $36.80 |

Total to be paid for chapter 7 administrative expenses:        $4,244.59
Remaining balance:        $13,811.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:        $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

|  | Remaining balance: | $13,811.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|  | Remaining balance: | $13,811.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows: NONE

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|  | Remaining balance: | $13,811.00 |

Tardily filed claims of general (unsecured) creditors totaling $11,860.74 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Village of Glen Ellyn | $11,780.00 | $0.00 | $11,780.00 |
| 2 | Visa United Plus | $80.74 | $0.00 | $80.74 |

|  | Total to be paid to tardily filed general unsecured claims: | $11,860.74 |
|  | Remaining balance: | $1,950.26 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $1,950.26 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.18 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $19.77. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $1,930.49.

Prepared By:  /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7 Case** |
| **CANDICE A. YOUNG** | ) | |
| | ) | **Case No. 12 B 13760** |
| | ) | |
| | ) | **Hon. Donald R. Cassling** |
| **Debtor** | ) | **Bankruptcy Judge** |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $2,475.29 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $2,475.29 |
| 3. | Chapter 11 Trustee's compensation | $0.00 |
| 4. | Chapter 11 Trustee's expenses | $0.00 |
| | TOTAL | $0.00 |

IT IS FUTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                                      $1,732.50

   b. Expenses                                          $36.80

|  | | |
|---|---|---|
| c. Chapter 11 Compensation | | $0.00 |
| d. Chapter 11 Expenses | | $0.00 |

2.   Accountant for the Trustee
     a. Compensation                                    $0.00

     b. Expenses                                        $0.00

     c. Chapter 11 Compensation                         $0.00

     d. Chapter 11 Expenses                             $0.00


3.   Other Professionals
                         TOTAL                     $1,769.30


IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 17th day of January, 2013

                    ENTERED:
                              _____
                              DONALD R. CASSLING
                              UNITED STATES BANKRUPTCY JUDGE