**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-13760-DRC |
| | § | |
| CANDICE A. YOUNG | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held a 9:30 on 3/08/2013 in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/06/2013          By:  /s/ David E. Grochocinski
                                         (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-13760-DRC |
| | § | |
| CANDICE A. YOUNG | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $21,583.34
*and approved disbursements of*     $3,527.75
*leaving a balance on hand of*[1] *:*     $18,055.59

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $18,055.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $2,475.29 | $0.00 | $2,475.29 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,732.50 | $0.00 | $1,732.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $36.80 | $0.00 | $36.80 |

Total to be paid for chapter 7 administrative expenses:     $4,244.59
Remaining balance:     $13,811.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

                                            Remaining balance:        $13,811.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are: NONE

                              Total to be paid to priority claims:        $0.00
                                              Remaining balance:        $13,811.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows: NONE

                Total to be paid to timely general unsecured claims:        $0.00
                                              Remaining balance:        $13,811.00

Tardily filed claims of general (unsecured) creditors totaling $11,860.74 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Village of Glen Ellyn | $11,780.00 | $0.00 | $11,780.00 |
| 2 | Visa United Plus | $80.74 | $0.00 | $80.74 |

            Total to be paid to tardily filed general unsecured claims:        $11,860.74
                                              Remaining balance:        $1,950.26

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $1,950.26 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.18 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $19.77. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $1,930.49.

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 12-13760-DRC
Candice A. Young                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen          Page 1 of 2          Date Rcvd: Feb 08, 2013
                              Form ID: pdf006      Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2013.
```
db           +Candice A. Young,    371 Sanner Court,    Indianapolis, IN 46290-1119
aty          +Innovalaw PC,    1900 Ravinia Place,    Orland Park, IL 60462-3760
18733125     +Bank of America,    c/o Huck Bouma,    1755 S Naperville Rd, Ste 200,    Wheaton, IL 60189-5844
18733126      Bank of America Home Loans,    PO Box 650070,    Dallas, TX 75265-0070
18733128      Harris,    PO Box 6201,    Carol Stream, IL 60197-6201
18733129      Harris Bank, NA,    P.O. Box 6201,    Carol Stream, IL 60197-6201
18733131      Mastercard,    Carmel, IN
18733132     +Village of Glen Ellyn,    535 Duane Street,    Glen Ellyn, IL 60137-4675
18733133     +Visa United Plus,    PO Box 94014,    Palatine, IL 60094-4014
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18733130      Huck Bouma Attorneys,    IL
18733127    ##+Ehrenberg & Egan LLC,    330 N Wabash Ave #2905,    Chicago, IL 60611-7606
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2013          Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: cgreen              Page 2 of 2              Date Rcvd: Feb 08, 2013
                               Form ID: pdf006           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2013 at the address(es) listed below:

      Adham   Alaily    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A.
       aalaily@ehrenbergeganlaw.com
      Ariane   Holtschlag    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com
      David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
       lawyers@innovalaw.com
      David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
      Joseph E Cohen    on behalf of Debtor Candice A. Young jcohen@cohenandkrol.com,
       jcohenattorney@aol.com;gkrol@cohenandkrol.com
      Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
       kmmcguirelaw@sbcglobal.net
      Maria   Georgopoulos    on behalf of Creditor    BANK OF AMERICA, N.A. nd-three@il.cslegal.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                                                         TOTAL: 8