**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-13760-DRC |
| | § | |
| CANDICE A. YOUNG | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $6,384.44 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $11,880.51 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $5,372.34 | | |

3) Total gross receipts of $21,583.34 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,330.49 (see **Exhibit 2),** yielded net receipts of $17,252.85 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $5,372.34 | $5,372.34 | $5,372.34 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $11,860.74 | $11,860.74 | $11,880.51 |
| **Total Disbursements** | NA | $17,233.08 | $17,233.08 | $17,252.85 |

4). This case was originally filed under chapter 7 on 04/04/2012. The case was pending for -1347 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/17/2013          By:  /s/ David E. Grochocinski
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 Lincoln Navigator | 1129-000 | $9,250.00 |
| POSSIBLE PREFERENCES | 1241-000 | $12,333.34 |
| **TOTAL GROSS RECEIPTS** | | **$21,583.34** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| CANDICE YOUNG | Exemptions | 8100-002 | $2,400.00 |
| YOUNG, CANDICE A. | Surplus Funds | 8200-002 | $1,930.49 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,330.49** |

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $2,475.29 | $2,475.29 | $2,475.29 |
| Green Bank | 2600-000 | NA | $80.25 | $80.25 | $80.25 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $1,732.50 | $1,732.50 | $1,732.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $36.80 | $36.80 | $36.80 |
| AMERICAN AUCTION ASSOCIATES, INC., Auctioneer for Trustee | 3620-000 | NA | $1,047.50 | $1,047.50 | $1,047.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$5,372.34** | **$5,372.34** | **$5,372.34** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Village of Glen Ellyn | 7200-000 | NA | $11,780.00 | $11,780.00 | $11,780.00 |
| 2 | Visa United Plus | 7200-000 | NA | $80.74 | $80.74 | $80.74 |
|   | Village of Glen Ellyn | 7990-000 | $0.00 | $0.00 | $0.00 | $19.64 |
|   | Visa United Plus | 7990-000 | $0.00 | $0.00 | $0.00 | $0.13 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $11,860.74 | $11,860.74 | $11,880.51 |

| Case No.: | 12-13760-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | YOUNG, CANDICE A. | Date Filed (f) or Converted (c): | 04/04/2012 (f) |
| For the Period Ending: | 4/17/2013 | §341(a) Meeting Date: | 07/03/2012 |
| | | Claims Bar Date: | 12/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 22W431 Ahlstrand Rd Glen Ellyn IL 60137 | $899,000.00 | $0.00 | | $0.00 | FA |
| 2 | 1524 Azalea Circle Romeoville IL 60446 | $69,000.00 | $0.00 | | $0.00 | FA |
| 3 | Cash on hand | $20.00 | $0.00 | | $0.00 | FA |
| 4 | American Chartered Bank Glen Ellyn, IL | $29.30 | $0.00 | | $0.00 | FA |
| 5 | First Financial Bank | $35.14 | $0.00 | | $0.00 | FA |
| 6 | Rent deposit | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 7 | 3 TV's 2 DVD/Video Players 1 laptop computer, fax/printer kitchen table with 4 chairs 2 queen bed sets-2 end tables-dresser 1 Dining room set-6 chairs/table 2 Couches-1 love seat/1 sectional 4 Chairs-sitting chairs Armoire plus office desk 5 Lamps 7 Table lamps-35 years old China 3 Wall mirrors | $1,500.00 | $1,000.00 | | $0.00 | FA |
| 8 | Movies CDs Camera-Canon-6 yrs old YIadro-1 piece | $150.00 | $0.00 | | $0.00 | FA |
| 9 | Clothing-Fall/Summer Dresses Shoes, coats, jackets | $250.00 | $0.00 | | $0.00 | FA |
| 10 | Fur coat, misc. jewelry | $3,000.00 | $0.00 | | $0.00 | FA |
| 11 | Dirk Shilling Shilling Associates CRD-Tax Refund 1845 Cherry St Wheaton, IL 60167 | $216.00 | $216.00 | | $0.00 | FA |
| 12 | 2007 Lincoln Navigator | $20,000.00 | $17,600.00 | | $9,250.00 | FA |
| 13 | Dog | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Christmas Decorations Fall Decorations Extention Ladder Washer/Dryer Kitchen Dishes | $100.00 | $100.00 | | $0.00 | FA |
| 15 | POSSIBLE PREFERENCES (u) | $12,500.00 | $15,000.00 | | $12,333.34 | $2,666.66 |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $1,007,300.44 | $35,416.00 | | $21,583.34 | $2,666.66 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit 8

| | |
|---|---|
| **Case No.:** 12-13760-DRC | **Trustee Name:** David E. Grochocinski |
| **Case Name:** YOUNG, CANDICE A. | **Date Filed (f) or Converted (c):** 04/04/2012 (f) |
| **For the Period Ending:** 4/17/2013 | **§341(a) Meeting Date:** 07/03/2012 |
| | **Claims Bar Date:** 12/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**
  Lincoln Navigator to sell and avoidance actions as to insiders
  DEMAND MADE REGARDING PREFERENCES; RECEIPT OF SAME PENDING
  SOLD LINCOLN NAVIGATOR AT AUCTION

**Initial Projected Date Of Final Report (TFR):**   **Current Projected Date Of Final Report (TFR):** 12/30/2014   /s/ DAVID E. GROCHOCINSKI
                                                                                                                                     DAVID E. GROCHOCINSKI

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13760-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | YOUNG, CANDICE A. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9073 | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/4/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/09/2012 | (15) | SANDRA POWELL | TURNOVER OF PREFERENCE DEMAND | 1241-000 | $8,166.67 | | $8,166.67 |
| 10/12/2012 | (15) | JOHN MILEWSKI | TURNOVER OF PREFERENCE DEMAND | 1241-000 | $4,166.67 | | $12,333.34 |
| 10/22/2012 | (12) | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF 2007 LINCOLN NAVIGATOR | 1129-000 | $9,250.00 | | $21,583.34 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $17.37 | $21,565.97 |
| 11/06/2012 | 3001 | CANDICE YOUNG | DEBTOR'S EXEMPTION IN LINCOLN NAVIGATOR | 8100-002 | | $2,400.00 | $19,165.97 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $35.04 | $19,130.93 |
| 12/04/2012 | 3002 | AMERICAN AUCTION ASSOCIATES, INC. | EXPENSES TO AUCTIONEER | 3620-000 | | $1,047.50 | $18,083.43 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.84 | $18,055.59 |
| 03/12/2013 | 3003 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $2,475.29 | $15,580.30 |
| 03/12/2013 | 3004 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $1,732.50 | $13,847.80 |
| 03/12/2013 | 3005 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $36.80 | $13,811.00 |
| 03/12/2013 | 3006 | Village of Glen Ellyn | Distribution on Claim #: 1; | * | | $11,799.64 | $2,011.36 |
| | | | Claim Amount $(11,780.00) | 7200-000 | | | $2,011.36 |
| | | | Interest $(19.64) | 7990-000 | | | $2,011.36 |
| 03/12/2013 | 3007 | Visa United Plus | Distribution on Claim #: 2; | * | | $80.87 | $1,930.49 |
| | | | Claim Amount $(80.74) | 7200-000 | | | $1,930.49 |
| | | | Interest $(0.13) | 7990-000 | | | $1,930.49 |
| 03/12/2013 | 3008 | YOUNG, CANDICE A. | Distribution on Claim #: ; | 8200-002 | | $1,930.49 | $0.00 |

**SUBTOTALS**  $21,583.34   $21,583.34

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13760-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | YOUNG, CANDICE A. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9073 | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/4/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | **TOTALS:** |  | $21,583.34 | $21,583.34 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $21,583.34 | $21,583.34 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $4,330.49 | |
|  |  |  | **Net** |  | $21,583.34 | $17,252.85 | |

| For the period of 4/4/2012 to 4/17/2013 | | For the entire history of the account between 10/09/2012 to 4/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $21,583.34 | Total Compensable Receipts: | $21,583.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,583.34 | Total Comp/Non Comp Receipts: | $21,583.34 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $17,252.85 | Total Compensable Disbursements: | $17,252.85 |
| Total Non-Compensable Disbursements: | $4,330.49 | Total Non-Compensable Disbursements: | $4,330.49 |
| Total Comp/Non Comp Disbursements: | $21,583.34 | Total Comp/Non Comp Disbursements: | $21,583.34 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13760-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | YOUNG, CANDICE A. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9073 | | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/4/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $21,583.34 | $21,583.34 | $0.00 |

**For the period of 4/4/2012 to 4/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,583.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,583.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,252.85 |
| Total Non-Compensable Disbursements: | $4,330.49 |
| Total Comp/Non Comp Disbursements: | $21,583.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/04/2012 to 4/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,583.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,583.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,252.85 |
| Total Non-Compensable Disbursements: | $4,330.49 |
| Total Comp/Non Comp Disbursements: | $21,583.34 |
| Total Internal/Transfer Disbursements: | $0.00 |